AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA__

The CIT Group/Equipment Financing, Inc.

V.

Nabil J. Asterbadi

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 93-857-A

I, __Elizabeth H. Paret__, Clerk of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __October 4, 1993__
Date

as it appears in the records of this court, and that

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court on

__August 26, 2003__
Date

Elizabeth H. Paret
Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE CIT GROUP/EQUIPMENT )
    FINANCING, INC., )
        Plaintiff, )
         )
    v. ) C.A. No. 93-857-A
         )
NABIL J. ASTERBADI, )
        Defendant. )
_____ )

FILED OCT -4 1993
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER FOR DEFAULT JUDGMENT

Upon review of Plaintiff's verified complaint in this action, plaintiff's Motion for entry of default and default judgment and the accompanying declaration and the file in this case, and it appearing that service was made upon Defendant Nabil J. Asterbadi through the Secretary of the Commonwealth of Virginia; that said Defendant has not served an answer on Plaintiff within twenty (20) days of service of the complaint, and thus said defendant is in default under Rule 55(a), F.R.C.P., and that Plaintiff's verified complaint is for a "sum which can be made certain by computation" under Rule 55(b)(1), F.R.C.P.; it is hereby

ORDERED that Plaintiff, The CIT Group/Equipment Financing, Inc., is entitled to and shall have judgment against Defendant Nabil J. Asterbadi in the amount of $2,286,009.97, plus interest from May 31, 1993, on the sum of $2,184,950 at the rate of 1.5% per month, and attorney's fees of $347,742.50.

DATE: 10/4/93

_____
U.S. District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

I ASK FOR THIS:

_Christopher S. Moffitt_
Christopher S. Moffitt
218 North Lee Street
Alexandria, Virginia   22314
Counsel For Plaintiff