IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (SOUTHERN DIVISION)

| | |
|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * |
| PLAINTIFF, | * |
| v. | *   CASE NO.: **8:03-MC-412** |
| NABIL J. ASTERBADI, | * |
| DEFENDANT. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ASSIGNMENT OF JUDGMENT

DEAR CLERK:

NOTICE IS HEREBY GIVEN that the judgment in the above captioned action in favor of plaintiff/judgment creditor The CIT Group/Equipment Financing, Inc. and against defendant/judgment debtor Nabil J. Asterbadi in the amount of $2,286,009.97, plus interest from May 31, 1993, on the sum of $2,184,950.00 at the rate of 1.5% per month, and attorneys' fees of $347,742.50 (collectively, the "Judgment"), has been assigned to Wells Fargo Equipment Finance, Inc.  Wells Fargo Equipment Finance, Inc. is located at 2700 South Price Road, Chandler, Arizona 85286.

245017

Kindly revise the Court's records to reflect that Wells Fargo Equipment Finance, Inc. is the plaintiff/judgment creditor herein and the holder of the Judgment. Kindly also revise the Court's records to reflect undersigned counsel's appearance as counsel to Wells Fargo Equipment Finance, Inc.

Respectfully submitted,

_____/s/ Gordon S. Young_____
Steven N. Leitess, Fed. Bar. No. 05856
Jeremy S. Friedberg, Fed. Bar. No.10638
Gordon S. Young, Fed. Bar No. 14866
Pierce C. Murphy, Fed. Bar No. 30030
Leitess Friedberg PC
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for The CIT Group/*
  *Equipment Financing, Inc.*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 7th day of April, 2015, a copy of the foregoing was served *via* first-class mail, postage prepaid, on:

Nelson Deckelbaum, Esq.
5130 Wisconsin Avenue, Suite 710
Washington, DC 20015.

                                  /s/ Gordon S. Young
                                  Gordon S. Young