**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (SOUTHERN DIVISION)**

| | |
|---|---|
| **WELLS FARGO EQUIPMENT FINANCE, INC.** | * |
|     **JUDGMENT CREDITOR,** | * |
| | **CASE NO.: <u>PWG 15-CV-1371</u>** |
| **V.** | * |
| **NABIL J. ASTERBADI** | * |
|     **JUDGMENT DEBTOR.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REQUEST AND NOTICE FOR RENEWAL OF JUDGMENT

DEAR CLERK:

    Judgment in this matter was first registered and entered by this court on August 27, 2003 in favor of The CIT Group Equipment Financing, Inc. and against Judgment Debtor Nabil J. Asterbadi in the amount of $2,286,009.97, plus interest from May 31, 1993 on the sum of $2,184,950.00 at the rate of 1.5% per month, and attorneys' fees of $347,742.50 ("Judgment"). The Judgment was originally filed in this court under case number 8:03-MC-00412. The court issued a paperless order converting that matter to a civil case on May 13, 2015, and directed that all filings from that date forward shall be made in this matter, case number PWG 15-cv-1371.

    The Judgment was assigned to Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), which exclusively holds all right, claim and entitlement to and under the Judgment as the judgment creditor.

    The Judgment has not expired, has not been modified or revised, has not been paid or satisfied and has not been settled or compromised.

250403

Wells Fargo requests that the Clerk note the Court's records to reflect that the Judgment is renewed as of the date this Request was filed.

Respectfully submitted,

/s/ Steven N. Leitess
Steven N. Leitess (Bar No. 05856)
Gordon S. Young (Bar No. 14866)
Pierce C. Murphy (Bar No. 30030)
Leitess Friedberg PC
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Wells Fargo Equipment Finance, Inc.*

## **NOTICE OF RENEWAL OF JUDGMENT**

PLEASE TAKE NOTICE THAT, after consideration of the Request For and Notice of Renewal of Judgment filed by the judgment creditor, Wells Fargo Equipment Finance, Inc., the Judgment against Nabil J. Asterbadi was renewed effective as of August 26, 2015.

Felicia C. Cannon, Clerk
United States District Court for the District of Maryland


By: _____
      Deputy Clerk

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26<u>th</u> day of August, 2015, a copy of the foregoing was served *via* the court's CM/ECF System upon all counsel of record, and also by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Nabil J. Asterbadi, judgment debtor | David Lamb, Esq. |
| 2726 Chain Bridge Road, NW | 1740 N. Street, N.W. |
| Suite One | Washington DC 20016 |
| Washington, DC 20036 | *Attorney of Record for Judgment Debtor* |

/s/ Steven N. Leitess
Steven N. Leitess
